LUIS TIPACTI
15030 #24, Ventura Blvd,
Sherman Oaks, CA 91403

IN PRO PER

ORIGINAL  FILED
2019 NOV -5 PM 12:00

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT INC., <br><br> Plaintiff, <br> vs. <br><br> Claudia A. Portocarrero; and Luis Alejandro Tipacti, individually and DBA Picante Peruvian Cuisine, <br><br> Defendants, | Case No. 2:19-cv-08726-TJH-PLA <br><br> ANSWER OF DEFENDANT LUIS TIPACTI , AN INDIVIDUAL, TO COMPLAINT <br><br> **DEMAND FOR JURY TRIAL** <br><br> Complaint filed: October 10, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Luis Tipacti, an individual answer the Complaint of plaintiff INNOVATIVE SPORTS MANAGEMENT INC. ("Plaintiff"), as follows:

1. **Answer to paragraph 1. Admit and deny all the rest allegations in this paragraph**

2. **Answer to paragraph 2: Deny. The court does not have subject-matter jurisdiction over the claims because to maintain an action in federal court, a plaintiff must satisfy the "irreducible constitutional minimum" of standing.**

3. **Answer to paragraph 3: Admit and deny the remaining allegations of this paragraph**

4. **Answer to paragraph 4: Admit**

ANSWER OF DEFENDANT LUIS TIPACTI, AN INDIVIDUAL

5. **Answer to paragraph 5**: Admit

6. **Answer to paragraph 6**: Defendant is without sufficient information to admit or deny.

7. **Answer to paragraph 7**: Deny

8. **Answer to paragraph 8**: Defendant is without sufficient information to admit or deny.

9. **Answer to paragraph 9**: Admit but deny all remaining allegations.

10. **Answer to paragraph 10**: Defendant is without sufficient information to admit or deny.

11. **Answer to paragraph 11**: Defendant is without sufficient information to admit or deny.

12. **Answer to paragraph 12.** Deny.

13. **Answer to paragraph 13.** Defendant is without sufficient information to admit or deny.

14. **Answer to paragraph 14.** Deny.

15. **Answer to paragraph 15.** Defendant is without sufficient information to admit or deny.

16. **Answer to paragraph 16.** Deny.

17. **Answer to paragraph 17.** Deny.

18. **Answer to paragraph 18.** Deny.

19. **Answer to paragraph 19.** Deny

20. **Answer to paragraph 20.** Defendant is without sufficient information to admit or deny.

ANSWER OF DEFENDANT LUIS TIPACTI, AN INDIVIDUAL

21. **Answer to paragraph 21. Defendant is without sufficient information to admit or deny.**

22. **Answer to paragraph 22. Deny**

23. **Answer to paragraph 23. Deny**

24. **Answer to paragraph 24. Deny**

25. **Answer to paragraph 25. Deny**

26. **Answer to paragraph 26. Deny**

27. **Answer to paragraph 27. Deny**

28. **Answer to paragraph 28. Deny**

29. **Answer to paragraph 29. Deny**

30. **Answer to paragraph 30. Deny**

31. **Answer to paragraph 31. Deny**

32. **Answer to paragraph 32. Deny**

33. **Answer to paragraph 33. Deny**

34. **Answer to paragraph 34. Deny**

35. **Answer to paragraph 35. Deny**

36. **Answer to paragraph 36. Deny**

37. **Answer to paragraph 37. Deny**

38. **Answer to paragraph 38. Deny**

39. **Answer to paragraph 39. Deny**

40. **Answer to paragraph 40. Deny**

41. **Answer to paragraph 41. Deny**

42. **Answer to paragraph 42. Deny**

43. **Answer to paragraph 43. Deny**

ANSWER OF DEFENDANT LUIS TIPACTI, AN INDIVIDUAL

44. **Answer to paragraph 44. Deny**

45. **Answer to paragraph 45. Deny**

46. **Answer to paragraph 46. Deny**

47. **Answer to paragraph 47. Deny**

48. **Answer to paragraph 48. Deny**

49. **Answer to paragraph 49. Deny**

50. **Answer to paragraph 50. Deny**

51. **Answer to paragraph 51. Deny**

52. **Answer to paragraph 52. Deny**

53. **Answer to paragraph 53. Deny**

54. **Answer to paragraph 54. Deny**

55. **Answer to paragraph 55. Deny**

56. **Answer to paragraph 56. Deny**

57. **Answer to paragraph 57. Deny**

58. **Answer to paragraph 58. Deny**

59. **Answer to paragraph 59. Deny**

60. **Answer to paragraph 60. Deny**

61. **Answer to paragraph 61. Deny**

## AFFIRMATIVE DEFENSES

### (Rule 8. General Rules of Pleading)

I should not be held liable for the claims made by the plaintiff in the complaint because:

1. This Court lacks subject matter jurisdiction over this action. To maintain an action in federal court, a plaintiff must satisfy the "irreducible constitutional minimum" of standing.

2. The complaint and each and every purported claim for relief therein fail to set forth facts sufficient to state a claim for relief against defendants

3. Defendants cannot be found liable in that Defendants alleged conduct, if any, did not violate andy state or federal statute, or constitutional provision including the ones cited in the complaint

4. The plaintiff was not injured, deprived of any right, privilege, or immunity secured to him under the United States Constitution, the State of California Constitution, or the laws of the United States of the State of California

5. The complaint and each and every purported claim for relief therein are barred because Defendants or their respective agents did nothing to affect any right of Plaintiff

6. Plaintiff's prayer for judgement and damages are barred because Defendants or their respective agents did nothing to affect any right of Plaintiff

7. Defendant reserves the right to assert additional defenses in the event that discovery indicates that it would appropriate.

**REQUEST FOR RELIEF**

WHEREFORE, the Defendant requests:

1. Dismissal of the Plaintiff's action with prejudice;

2. An order that Plaintiff shall take no relief from the complaint;

3. The costs of suit incurred herein;

4. Such further relief the Court deems fair and just.

ANSWER OF DEFENDANT LUIS TIPACTI, AN INDIVIDUAL

10/29/2019

Sign: _____

Luis Tipacti

**Defendant in Pro Per**

ANSWER OF DEFENDANT LUIS TIPACTI, AN INDIVIDUAL

**PROOF OF SERVICE**

I am employed in the County aforesaid, I am over the age of 18 years and not a party to the within action, my business address is 7043 willis ave, Van Nuys CA 91405

On 10-31-2019 I served the document listed below on the parties in this action as follows:
DOCUMENT (S) SERVED:

**ANSWER OF DEFENDANT LUIS TIPACTI TO COMPLAINT OF INNOVATIVE SPORTS MANAGEMENT INC.**

| LAW OFFICES OF THOMAS P.RILEY, P.C. | First Library Square<br>1114 Fremont Ave, South Pasadena, CA 91030<br>Attorneys for Plaintiff |
|---|---|

[X] (BY MAIL) I placed such envelope on the above date, with postage fully prepaid, for deposit in the US Postal Service at my place of business at Encino, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the US Postal Service. Under that practice, such correspondence is deposited with the US Postal Service the same day it is collected and processed in the ordinary course of business.

[ ] (BY EMAIL TRANSMISSION) Per the agreement of the parties, by causing the transmittal of the document(s) listed above, via electronic mail to the e-mail address(es) set forth herein on this date. The transmission was reported as complete and without error.

[ ] (BY FACSIMILE) I caused to be transmitted the document *s( described herein via the facsimile number (s) listed above and/or on the attached Service list.

[X] (STATE) I declare under penalty

NAME,         Merari Murillo
SIGNATURE,
DATE 10-31-2019

ANSWER OF DEFENDANT LUIS TIPACTI, AN INDIVIDUAL