UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LA CV 19-8726 TJH PLA (Doc 15)

Undeliverable Mail

**FILED**
CLERK, U.S. DISTRICT COURT
DEC 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 0 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NIXIE  911  EE 1   7212/04/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012   *9562-01189-03-44



ZIP 90012
02 1W
0001388101 NOV 07 2019
$ 000.50⁰
U.S. POSTAGE ≫ PITNEY BOWES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 19-8726-TJH(PLAx) | Date NOVEMBER 6, 2019 |
| Title INNOVATIVE SPORTS MANAGEMENT INC. v. CLAUDIA A. PORTOCARRERO, ET AL., | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER REFERRAL TO MAGISTRATE JUDGE
for all necessary discovery and settlement conferences**

The Court having reviewed the complaint and answer filed in this case, hereby refers this matter to Magistrate Judge Paul L. Abrams for all necessary discovery proceedings and for settlement conferences.

Plaintiff shall notify Magistrate Judge Abrams immediately of the Court's referral and file a status report with this Court confirming the same. If the parties fail to reach a settlement, the parties are ordered to submit a stipulation and proposed scheduling order for further proceedings no later than seven (7) days after the conference is completed.

IT IS SO ORDERED.

cc: all parties, Magistrate Abrams

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |

Luis Alejandro Tipacti
15030 Ventura Blvd No, 24
Sherman Oaks CA 91403