Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media | Case No.: 2:19-cv-08726-TJH-PLA |
| Plaintiff, | DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE OUTCOME OF THE MEDIATION |
| vs. | |
| Claudia A. Portocarrero, et al. | |
| Defendants. | |

I, THOMAS P. RILEY, declare as follows:

     1.     I am counsel for the Plaintiff in this matter. I am duly licensed to practice law in the State of California and in this Court.

     2.     I have personal knowledge of each and every fact stated herein and could competently testify thereto if called as a witness.

///

3.     I make this Declaration in Support of Plaintiff's Status Report Regarding the Outcome of the Mediation.

4.     On November 12 2019, as ordered by the Court, my office was informed that that parties were to review the Court's list of approved mediators and then file a Stipulation Regarding Selection of Panel Mediator designating the agreed upon mediator (ECF 15).

5.     On November 25, 2019, I sent a letter to the Defendants informing them of the substance of the parties' obligations as noted in paragraph 4, *supra*. *See* (Ex. 1, attached hereto).

6.     In the November 25, 2019 letter to the Defendants, I provided the Defendants with a link to the Court's list of mediators, and asked that they pick their top three. I further informed the Defendants of the July 13, 2020 deadline.

7.     On June 3, 2020, I sent a letter to Defendants requesting that they participate in a "meet and confer" conference with respect to a Motion for Summary Judgment. *See* (Ex. 2, attached hereto). Defendants also did not respond to that letter. While not specifically relevant to the mediation, this information is provided to highlight Defendant's lack of participation in this action.

///

///

///

///

8.     In addition to the above efforts, Plaintiff's counsel made three (3) additional attempts[1] to contact Defendants via telephone to discuss the requirements of mediation and to discuss the outstanding discovery responses and initial disclosures Defendants had failed to provide Plaintiff. Unfortunately, Defendants were non-responsive to voicemails left for them and failed to get back with Plaintiff's counsel despite the express oral representation of defendant Claudia Portocarrero that she would do so promptly and in advance of the July 13, 2020 mediation completion deadline.

9.     On a personal and professional note, Plaintiff's counsel most sincerely apologizes that the foregoing difficulties in securing the cooperation and participation of the Defendants regarding the mediation and a formal request to extend the mediation completion deadline was not brought to the Court's attention in advance of the original mediation completion deadline. Plaintiff's counsel had every intention of doing so, however, formal notice and/or a request was not made to the Court in advance of the original mediation completion deadline as Plaintiff's

---

[1] At approximately 1:50 P.M. on June 30, 2020, administrative assistant Karla Diaz left a voicemail for defendant Claudia Portocarrero requesting that she get back with our office to speak with Plaintiff's counsel about scheduling mediation in this action. Neither Ms. Portocarrero, nor co-defendant Luis Tipacti, nor anyone else responded to that voicemail. Thereafter on July 3, 2020 at 9:02 A.M., Ms. Diaz left another voicemail for Ms. Portocarrero requesting she contact Plaintiff's counsel and neither Ms. Portocarrero, nor co-defendant Luis Tipacti, nor anyone else on their behalf contacted Plaintiff's counsel as requested. Later that same day at approximately 11:25 A.M., Plaintiff's counsel spoke to defendant Claudia Portocarrero personally (and at length) and explained to her that there was a mediation completion deadline looming and that he needed her cooperation and the cooperation of the co-defendant in selecting a date in order to finalize the scheduling of the mediation. Plaintiff's counsel informed Ms. Portocarrero that it was imperative she cooperate and further informed her that the Defendants had failed to provide their initial disclosures and failed to provide Plaintiff's counsel their responses to the written discovery Plaintiff had served upon her and the co-defendant. Ms. Portocarrero informed Plaintiff's counsel she would speak to her partner and get back to him. Neither Claudia Portocarrero, nor Luis Tipacti, nor anyone else on their behalf ever got back to Plaintiff's counsel.

1  counsel was preparing and appearing in three (3) other mediations as well as

2  preparing and coordinating with his client and local counsel on a matter set for trial

3  on July 23, 2020[2]. In the future, Plaintiff's counsel will make certain a formal

4
5  motion or proposed stipulation is made prior to any mediation completion

6  deadlines so that Court and its staff are not unnecessarily burdened with requesting

7  status reports from the Plaintiff regarding the outcomes of the mediations to be

8
9  conducted.

10
11         Executed this 22nd day of July 2020 at South Pasadena, California.

12

13                          By:  /s/ *Thomas P. Riley*

14                               Thomas P. Riley

15

16

17

18

19

20

21

22

23

24

25

26

27  [2] Please see *Innovative Sports Management, Inc. v. Rafael Canova,* 19-cv-02076-TJH-PLA (USDC CDCA),
    *Innovative Sports Management, Inc. v. Freddy Lozano, et al.* 19-cv-02081-TJH-PLA (USDC CDCA), *Innovative*
28  *Sports Management, Inc. v. Tineo, et al.,* 19-cv-06483-EMC (USDC NDCA), and *J & J Sports Productions, Inc. v.*
    *Lee,* 19-cv-09232-WMR (USDC NDGA)

# Exhibit 1

# LAW OFFICES OF THOMAS P. RILEY
### A PROFESSIONAL CORPORATION

FIRST LIBRARY SQUARE
1114 FREMONT AVENUE
SOUTH PASADENA, CA  91030-3227
WWW.TPRLAW.NET

TEL: (626) 799-9797                          FAX: (626) 799-9795

November 25, 2019

Ms. Claudia A Portocarrero
Mr. Luis Alejandro Tipacti
**PICANTE PERUVIAN CUISINE**
15030 Ventura Blvd No. 24
Sherman Oaks, Ca 91403

Re:     *Innovative Sports Management, Inc. v. Claudia A Portocarrero, et al.*
         *U.S.D.C. Case No. 2:19-cv-08726-TJH-PLA (CDCA Western Division)*

Ms. Portocarrero and Mr. Tipacti:                          *Transmitted By First Class Mail*

On November 12, 2019, the Court directed Plaintiff to contact the ADR Program Director in order that a mediation could be conducted in the above entitled action (ECF 19). We were informed that the Parties are to review the Court's list of approved mediators and thereafter file a Stipulation Regarding Selection of Panel Mediator designating their selected mediator.

By copy of this letter, may I ask that you please review the approved mediator list (https://www.cacd.uscourts.gov/attorneys/adr/list-panel-mediators) and thereafter let my office know your top three (3) selections. I hope to also select one of the three mediators that you selected, and provided I am able to do so, my staff will contact the mediator and obtain potential dates to conduct the mediation. As you know, our deadline to complete mediation is presently set for July 13, 2020. After my staff obtains proposed mediation dates, they will clear them with our client and with you and eventually finalize a mutually convenient date with the mediator's office.

Thank you for your foremost attention to the enclosed. I look forward to hearing from you promptly.

Cordially,

Thomas P. Riley

TPR/lc

# Exhibit 2

# LAW OFFICES OF THOMAS P. RILEY

### A PROFESSIONAL CORPORATION

FIRST LIBRARY SQUARE
1114 FREMONT AVENUE
SOUTH PASADENA, CA  91030-3227
WWW.TPRLAW.NET

TEL: (626) 799-9797                                    FAX: (626) 799-9795

June 3, 2020

Ms. Claudia A. Portocarrero
Mr. Luis Alejandro Tipacti
15030 Ventura Blvd., No. 24
Sherman Oaks, CA 91403

Re:   *Innovative Sports Management, Inc. v. Portocarrero, et al.*
       *Case No. 2:19-cv-08726-TJH-PLA (USDC WDCA)*

Ms. Portocarrero & Mr. Tipacti:                     *Transmitted By Overnight Mail*

It is Plaintiff's intention to file a motion for summary judgment in the above-entitled-action.

Prior to filing the above motion, I would like to conduct a Local Rule 7.3 telephone conference with you on one of the following dates:

- 1:30 pm (PST); Thursday, June 4, 2020
- 3:00 pm (PST);   Thursday, June 4, 2020
- 1:00 pm (PST); Friday, June 5, 2020
- 2:00 pm (PST); Friday, June 5, 2020
- 3:00 pm (PST);  Friday, June 5, 2020
- 12:30 pm (PST); Monday, June 8, 2020
- 1:30 pm (PST);  Monday, June 8, 2020
- 2:30 pm (PST);  Monday, June 8, 2020

Please telephone or email (**tprlaw@att.net**) my office promptly following receipt of this correspondence to indicate which of the above dates will be most convenient to conduct our conference.  Once finalized, my office will initiate the conference call to you at your phone number of record or preference.

Thank you for your attention to this correspondence.

Cordially,

Thomas P. Riley

TPR/la



**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Get to know your new & improved FedEx Tracking experience. FedEx InSight tracking capabilities are going away soon, but you will still be able to access FedEx InSight to manage your accounts & invitations.



FedEx Home

Customer Support | Logout
Logged in as lotprts

| Welcome | My Options | Find a Shipment | Inbound View | Outbound View | Third Party View | Customized Views |

## FedEx InSight ®
## Shipment Detail

Tracking Number
770620017422

**Status**
**Ship (P/U) Date**
**Est. Delivery Date**
**Service Type**
**Number of Pieces**
**Weight**

Delivered: 06/04/2020 09:45 AM Signed for By:
M.MURILLO; SHERMAN OAKS, CA
06/03/2020
06/04/2020
FedEx Priority Overnight
1
0.5 lb.

**Shipper**
Thomas Riley
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030
US
6267999797

**Shipment Reference**

Reference Type
Reference

Description
Picante Peruvian Cuisine101218

**Recipient**
Ms. Portocarrero & Mr. Luis Tipacti
Picante Peruvian Cusine
15030 Ventura Blvd., No. 24
SHERMAN OAKS, CA 91403
US
6267999797

Associated Shipments   Shipment Description   Tracking Results

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun. 04, 2020 | 09:45 AM | Delivered | SHERMAN OAKS, CA | |
| | 09:42 AM | Delivery exception | NORTH HILLS, CA | Customer not available or business closed |
| | 08:24 AM | On FedEx vehicle for delivery | NORTH HILLS, CA | |
| | 07:14 AM | At local FedEx facility | NORTH HILLS, CA | |
| | 01:31 AM | Departed FedEx location | OAKLAND, CA | |
| Jun. 03, 2020 | 9:58 PM | Arrived at FedEx location | OAKLAND, CA | |
| | 7:57 PM | At destination sort facility | LOS ANGELES, CA | |
| | 7:10 PM | Left FedEx origin facility | LOS ANGELES, CA | |
| | 4:28 PM | Picked up | LOS ANGELES, CA | |
| | 5:48 PM | Shipment information sent to FedEx | | |

Signature Proof of Delivery (US deliveries only)
Track More Shipments

Subscribe to tracking updates (optional)

Your name:

Your e-mail address:

| E-mail address | Language | | Tendered updates | Exception updates | Delivery updates | Detailed Results |
|---|---|---|---|---|---|---|
| | English | ▼ | ☐ | ☐ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ | ☐ | ☐ |

Select format: ● HTML ○ Text

Add personal message:

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions.

Submit

This is your default tab.

Use of FedEx InSight is subject to the terms of the FedEx InSight Agreement. Included in that agreement are important disclaimers of warranties, limitations of liability, and provisions regarding indemnification, confidentiality, and permitted use of InSight. InSight does not amend, modify or alter the FedEx contract of carriage in any way, including declared value of limitations and Money-Back Guarantees. Please see the InSight Agreement for the terms and conditions applicable to InSight.

https://www.fedex.com/insight/manifest/detail.jsp?TRACKING=770620017422&QUALIFIER=2459004000&CARRIER=FX

Shipment Detail

All weights are estimated. Shipments delayed because of Customs or other regulatory delays are not subject to refund or credit under the FedEx Money-Back Guarantee.

+ Delivered on an IPD or IDF master air waybill means 'the shipment has been released for delivery'.

For more information, you may also contact your FedEx Representative or contact Customer Support.

Global Home | fedex.com Terms of Use | Contact Us

This site is protected by copyright and trademark laws under U.S. and International law. All rights reserved. © 1995-2020 FedEx.

## PROOF OF SERVICE

1

2    I declare that:

3
     I am employed in the County of Los Angeles, California.  I am over the age
4    of eighteen years and not a party to the within cause; my business address is First
5    Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am
     readily familiar with this law firm's practice for collection and processing of
6    correspondence/documents for mail in the ordinary course of business.

7        On July 22, 2020, I caused to serve the following document entitled:

8    DECLARATION OF THOMAS P. RILEY IN SUPPORT OF
9    PLAINITFF'S STATUS REPORT REGARDING THE OUTCOME OF
     THE MEDIATION
10

11   On all parties referenced by enclosing a true copy thereof in a sealed envelope
     with postage prepaid and following ordinary business practices, said envelope was
12   addressed to:

13
          Claudia A. Portocarrero (Defendant)
14        Luis Alejandro Tapacti (Defendant)
15        15030 Ventura Blvd., No. 24
          Sherman Oaks, CA 91403
16

17       The fully sealed envelope with pre-paid postage was thereafter placed in our
18   law firm's outbound mail receptacle in order that this particular piece of mail
     could be taken to the United States Post Office in South Pasadena, California later
19   this day by myself (or by another administrative assistant duly employed by our
20   law firm).

21       I declare under the penalty of perjury pursuant to the laws of the United
22   States that the foregoing is true and correct and that this declaration was executed
     on July 22, 2020, at South Pasadena, California.
23

24   Dated:  July 22, 2020                    /s/ *Karla Diaz*
                                              KARLA DIAZ
25

26

27

28