UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 19-8726-TJH(PLAx) |
| Date | JULY 27, 2022 |
| Title | Innovative Sports Management, Inc. v. Claudia A. Portocarrero et al |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Final Pretrial Conference currently scheduled for August 1, 2022, is hereby ordered continued to **OCTOBER 3, 2022 at 10:00 a.m.** Counsel for the parties are ordered to appear.

Counsel are reminded that all pretrial documents are due no later than 21 days before the final pretrial conference hearing date. Local Rule 16-7 (Pretrial documents: Memo of Contentions of Fact and Law, joint exhibit list, witness list and amended or proposed pretrial conference order). Motions in limine are to be filed no later than 30 days before the trial date.

IT IS SO ORDERED.

cc: all parties