Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
S. Pasadena, CA 910302

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media | CASE NUMBER | 2:19-cv-08726-TJH-PLA |
| v. | PLAINTIFF(S), | |
| Claudia A. Portocarrero, et al | | **APPLICATION TO THE CLERK TO TAX COSTS** |
| | DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Innovative Sports Management, Inc., d/b/a Integrated Sports Media |
| Judgment entered on: | December 9, 2022     Docket #: 83 |
| Names of party(ies) against whom judgment was entered: | Claudia A. Portocarrero and Luis Alejandro Tipacti |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: December 13, 2022          Signature:          /s/ Thomas P. Riley

Name:          Thomas P. Riley

☒ Attorney of Record for:          G & G Closed Circuit Events, LLC

---

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 560.00

☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1).

   ☐ Insufficient supporting documentation provided (L.R. 54-2.1).

   ☐ Filer is not prevailing party (L.R. 54-1).

Date: *01/12/2023*

**Kiry K. Gray, District Court Executive/Clerk of Court**

By: ___R. Morales_____

Deputy Clerk

---

**Case Title:** Innovative Sports Management, Inc., d/b/a Integrated Sports Media v. Claudia A. Portocarrero, et al. ; **Case No:** 2:19-cv-08726-TJH-PLA

# BILL OF COSTS

### The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (Must be itemized below and cross-referenced to attachments.) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | (Shaded columns for Court use only.) | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | $400.00 | | $400.00 | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | $160.00 | | $160.00 | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | $0.00 | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | $0.00 | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $0.00 | | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $0.00 | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | $0.00 | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | $0.00 | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | $0.00 | | | | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $0.00 | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | $0.00 | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | $0.00 | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | $0.00 | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | $0.00 | | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | | | | | |
| 11 | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | | $0.00 | | | | | |
| 12 | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | $0.00 | | | | | |
| 13 | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | $0.00 | | | | | |
| 14 | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | 0 | | | | | |
| 15 | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | | 0 | | | | | |
| TOTAL | | $560.00 | | $560.00 | $0.00 | | |

## *Reason Codes for Disallowance of Claimed Costs:

"A" – No supporting documents provided.

"B" – Order/Stip required but not provided.

"C" – Documents provided do not support full amount claimed.

"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.

"F" – Amount claimed reduced by agreement after meet and confer.

"G" – Other.

**Case Title:** Innovative Sports Management, Inc., d/b/a Integrated Sports Media v. Claudia A. Portocarrero, et al.; **Case No:** 2:19-cv-08726-TJH-PLA

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | **Days** | **Total Cost** | **Days** | **Total Cost** | **Miles** | **Total Cost** | **Total Cost Each Witness** |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**WITNESS FEES (computation, _see_ 28 U.S.C. § 1821 for statutory fees)**

ACCO,(PLAx),CLOSED,DISCOVERY,MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:19-cv-08726-TJH-PLA

Innovative Sports Management, Inc. v. Claudia A. Portocarrero et al

Assigned to: Judge Terry J. Hatter, Jr
Referred to: Magistrate Judge Paul L. Abrams
Demand: $150,000
Related Case: 2:11-cv-07395-TJH-PLA
Cause: 47:521 Violations of Cable Communications Act of 1984

Date Filed: 10/10/2019
Date Terminated: 12/09/2022
Jury Demand: Defendant
Nature of Suit: 490 Cable/Satellite TV
Jurisdiction: Federal Question

### Plaintiff

**Innovative Sports Management, Inc.**
*doing business as*
Integrated Sports Media

represented by **Thomas P Riley**
Law Office of Thomas P Riley PC
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
626-799-9797
Fax: 626-799-9795
Email: tprlaw@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Claudia A Portocarrero**
*individually*
*doing business as*
Picante Peruvian Cuisine

represented by **Claudia A Portocarrero**
15030 Ventura Blvd No, 24
Sherman Oaks, CA 91403
PRO SE

### Defendant

**Luis Alejandro Tipacti**
*individually*
*doing business as*
Picante Peruvian Cuisine

represented by **Luis Alejandro Tipacti**
15030 Ventura Blvd No. 24
Sherman Oaks, CA 91403
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2019 | 1 | COMPLAINT Receipt No: 0973-24588774 - Fee: $400. (Attorney Thomas P Riley added to party Innovative Sports Management, Inc. d/b/a Integrated Sports Media(pty:pla))(Riley, Thomas) (Entered: 10/10/2019) |
| 10/10/2019 | 2 | CIVIL COVER SHEET filed by Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media. (Riley, Thomas) (Entered: 10/10/2019) |
| 10/10/2019 | 3 | CERTIFICATE of Interested Parties (Riley, Thomas) (Entered: 10/10/2019) |



California Process Servers
818-699-5993
caliproserve@gmail.com

Invoice #000630 ✓

# Process Serving, Innovative Sports Management vs. Picante Peruvian Cuisine

We appreciate your business.

**Bill To**
Karla Diaz, Thomas Riley's Office
TPRSP@att.net

**Invoice Details**
PDF created February 11, 2020
$160.00

**Payment**
Due November 12, 2019
$160.00

| Item | Quantity | Price | Amount |
|---|---|---|---|
| Process Serving, Innovative Sports Management vs. Picante Peruvian Cuisine, Claudia Portocarrero | 1 | $85.00 | $85.00 |
| Process Serving, Innovative Sports Management vs. Picante Peruvian Cuisine, Luis Alejandro Tipacti | 1 | $75.00 | $75.00 |

Subtotal

$160.00

## Total Due

$160.00



**Pay online**

To pay your invoice go to https://gosq.me/u/WU52DExd
Or open your camera on your mobile device, and place the code on the left within the camera's view.

Page 1 of 1