THOMAS PETER RILEY, BAR# 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA  91030-3227
626-799-9797     Fax: 626-799-9795
Email: TPRLAW@att.net
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media Plaintiff,<br><br>vs.<br><br>Claudia A. Portocarrero, et al.,<br>defendant, | Case No 2:19-CV-08726-TJH-PLA<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Thomas P. Riley, P.C., attorney of record for Plaintiff, Innovative Sports Management, Inc., d/b/a Integrated Sports Media, hereby associate Al Lustgarten of Lustgarten Law co-counsel for Innovative Sports Management, Inc., d/b/a Integrated Sports Media, in this matter. The name, of the associated counsel are:

Al Lustgarten, Bar#189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone;  818-907-5866    Fax 818-461-5959

Thomas P. Riley, of the Law Offices of Thomas P. Riley, and Al Lustgarten, of Lustgarten Law concur in the filing of the Notice of association of Counsel.

I a**ccept the above association**

Dated: 3-15-23                              /s/ Al Lustgarten
                                            Al Lustgarten

**I consent to the above association**

Dated: 3-15-23                              /s/ Thomas P. Riley
                                            Thomas P. Riley

ASSOCIATION OF COUNSEL

## **CERTIFICATION**

I, Al Lustgarten, am the ECF User whose identification and password are used to file this association of Counsel. In compliance with General order 45.X.B., I hereby attest that Thomas P. Riley, has concurred in this filing.

Dated: 3-15-23

                                        **Lustgarten Law**

                                    By: **/s/ Al Lustgarten**
                                            **Al Lustgarten**