UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 19-8726-TJH(PLAx) | Date | JULY 25, 2023 |
|---|---|---|---|

| Title | Innovative Sports Management, Inc. v. Claudia A. Portocarrero et al |
|---|---|

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Plaintiff's request to change address [88] is hereby granted and the new address will be reflected on the docket.

IT IS SO ORDERED.

cc: all parties